

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00803-CV

Denise **MCVEA**,
Appellant

v.

James Michael **KISSLER**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-14927
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

SIGNED August 6, 2014.

_____
Catherine Stone, Chief Justice